UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22325-CIV-ALTONAGA/Goodman

ROBERTA DIDONI, on behalf of herself and others similarly situated,

    Plaintiff,

vs.

COLUMBUS RESTAURANT, LLC d/b/a Columbus Restaurant, a Florida limited liability company, CRISTIAN AZZARITI, an individual, and PAOLO VANDRA, an individual,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW Class Plaintiff ROBERTA DIDONI, on behalf of herself and opt-in Plaintiffs, and Defendants COLUMBUS RESTAURANT, LLC d/b/a Columbus Restaurant, CRISTIAN AZZARITI, and PAOLO VANDRA, by and through undersigned counsel, and:

1. Notice this Court of settlement in the instant action; and

2. Consent to have Magistrate Judge Jonathan Goodman conduct any and all further proceedings in the case including fairness hearing.

Respectfully submitted this 27th day of September, 2018.

| | |
|---|---|
| **By: s/ Robert W. Brock II** | **By: s/ Hector V. Ramirez** |
| Robert W. Brock II, Esq. | Hector V. Ramirez, Esq. |
| Florida Bar No.:075320 | Florida Bar No.: 484857 |
| Email: Robert@kuvinlaw.com | Email: ramirez@nklegal.com |
| *Law Offices of Lowell J. Kuvin* | *Law Offices of Nolan Klein, P.A.* |
| 17 East Flagler Street, Suite 223 | Wells Fargo Tower – Suite 1500 |
| Miami, FL 33131 | One East Broward Boulevard |

1

| | |
|---|---|
| Telephone: (305) 358-6800 | Fort Lauderdale, Florida 33301 |
| Facsimile: (305) 358-6808 | Telephone: (954) 745-0588 |
| *Attorneys for Plaintiffs* | klein@nklegal.com |
| | amy@nklegal.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 27, 2018**, I electronically filed the foregoing document via CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:   **s/Robert W. Brock II**
Robert W. Brock II, Esq.
Florida Bar No. 75320

**Hector V. Ramirez, Esq.**
Florida Bar No.: 484857
Email: ramirez@nklegal.com
*Law Offices of Nolan Klein, P.A.*
Wells Fargo Tower – Suite 1500
One East Broward Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 745-0588
klein@nklegal.com
amy@nklegal.com
robin@nklegal.com
*Attorney for Defendants*